**Bobby Lee MCARTHUR; Deborah E. McArthur, Plaintiffs— Appellants,**

v.

**Robert W. CLARK; Debra L. Clark; Fred W. Lee, Jr.; Barbara Osie Lee; James Robert Lee; Carol E. Lee; John Henry Lee; Patricia Smith Lee, Defendants—Appellees.**

No. 06–1730.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2007.

Decided: April 17, 2007.

James Murrel Cooper, Cooper, Davis & Cooper, Fayetteville, North Carolina, for Appellants. H. Terry Hutchens, Hutchens, Senter & Britton, Fayetteville, North Carolina, for Appellees Robert W. Clark and Debra L. Clark. Fred W. Lee, Jr., Barbara Osie Lee, James Robert Lee, Carol E. Lee, John Henry Lee, Patricia Smith Lee, Appellees Pro Se.

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Lee McArthur and Deborah E. McArthur appeal the district court's order granting Defendants' motion to dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(6) and 12(b)(7), and denying the McArthurs' motion for preliminary injunction as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McArthur v. Clark,* No. 5:05–cv–00634–FL (E.D.N.C. May 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*